FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 02, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BRYAN PAUL HERNANDEZ (*also known as* Selene Violet Henderson),<br><br>             Plaintiff,<br><br>v.<br><br>UNITED STATES,<br><br>             Defendant. | No. 2:25-CV-00132-SAB<br><br>**ORDER DENYING LEAVE TO PROCEED *IN FORMA PAUPERIS* AND DISMISSING ACTION** |

  Before the Court is *pro se* Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form). ECF No. 3. Plaintiff, a civil detainee at the Eastern State Hospital, filed a civil rights complaint on April 24, 2025, seeking back payments of a "social security adult disabled child benefit." ECF No. 1. Defendant has not been served.

  Plaintiff responded "no," to "item 9" of the application, which asks whether Plaintiff has been and/or currently is "a party to a lawsuit." ECF No. 3 at 2. The Court takes judicial notice of the fact that Plaintiff has filed more than eighteen cases in the U.S. District Court, Eastern District of Washington, since 2022. Therefore, Plaintiff has made a false statement to the Court.

  Plaintiff declared "under penalty of perjury" that the information provided was true and Plaintiff acknowledged that "a false statement may result in a

ORDER DENYING LEAVE TO PROCEED *IN FORMA PAUPERIS* AND DISMISSING ACTION # 1

dismissal of my claims." *Id.* Because Plaintiff has not been candid with the Court, Plaintiff's Application to Proceed *In Forma Pauperis,* ECF No. 3, will be denied and this action will be dismissed.

Accordingly, **IT IS ORDERED:**

1. Plaintiff's Application to Proceed *In Forma Pauperis*, **ECF No. 3**, is **DENIED.**

2. This action is **DISMISSED.**

3. The Clerk of Court shall **CLOSE** the file.

4. The Court certifies that any appeal of this dismissal would not be taken in good faith.

**IT IS SO ORDERED**. The Clerk of Court is directed to enter this Order, enter judgment, and provide copies to Plaintiff.

**DATED** this 2nd day of June 2025.



Stan Bastian
Chief United States District Judge

ORDER DENYING LEAVE TO PROCEED *IN FORMA PAUPERIS* AND DISMISSING ACTION # 2