AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 02, 2025

SEAN F. McAVOY, CLERK

BRYAN PAUL HERNANDEZ (also known as Selene Violet Henderson),

*Plaintiff*

v.

UNITED STATES,

*Defendant*

Civil Action No. 2:25-CV-00132-SAB

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Plaintiff's Application to Proceed In Forma Pauperis, ECF No. 3, is DENIED. This action is DISMISSED pursuant to the Order filed at ECF No. 4.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge    Stanley A Bastian

Date: 6/2/2025

*CLERK OF COURT*

SEAN F. McAVOY

s/ Lee Reams

*(By) Deputy Clerk*

Lee Reams